IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FRANK NEWSOME, :

    Plaintiff,

v. : Case No. 3:00-cv-372

SUSAN GOLDIE, JUDGE, *et al.*, : JUDGE WALTER H. RICE

    Defendants. :

---

DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATIONS (DOC. #54);
OVERRULING PETITIONER'S "RESPONSE" THERETO (DOC. #55);
OVERRULING PLAINTIFF'S MOTION TO REOPEN CASE (DOC. #51),
AND MOTION TO APPOINT COUNSEL (DOC. #52); STRIKING
PLAINTIFF'S MOTION FOR SETTLEMENT (DOC. #53); CAPTIONED
CAUSE REMAINS CLOSED

---

Based on the reasoning and citations to authority set forth in the United States Magistrate Judge's November 6, 2013, Report and Recommendations (Doc. #54), as well as upon a thorough *de novo* review of this Court's file and the applicable law, the Court ADOPTS said judicial filing in its entirety. Petitioner's "Response to Magistrate's Report" (Doc. #55), which the Court construes as an Objection filed under Federal Rule of Civil Procedure 72(b), is OVERRULED.

Plaintiff's Motion to Reopen Case (Doc. #51) and related Motion to Appoint Counsel (Doc. #52) are OVERRULED. Plaintiff's Motion for Settlement (Doc. #53)

is STRICKEN from the record, and Plaintiff is cautioned that further repetitive filings may be met with monetary sanctions.

The captioned cause remains closed on the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

Date: November 26, 2013 _____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE